In the Matter of the Application of WILLARD V. GLERUM for an Order Determining the Lien of WILLIAM L. CLAY and Another, Copartners, etc.— Order

affirmed, with ten dollars costs and disbursements. All concur; Edgcomb, J., not sitting.